| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Dragon Hops Brewing, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-4717961** |
| **4.** | **Debtor's address** | **Principal place of business**  **130 East Main St.**  **Purcellville, VA 20132**  Number, Street, City, State & ZIP Code  **Loudoun**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **dragonhopsbrewing.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Dragon Hops Brewing, LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Dragon Hops Brewing, LLC**　　　　　　　　　　　　　Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?　_____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Dragon Hops Brewing, LLC** _____ Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  9, 2019**
MM / DD / YYYY

**X /s/ Emily Coryell**                              **Emily Coryell**
Signature of authorized representative of debtor      Printed name

Title   **Member**

**18. Signature of attorney**

**X /s/ Ann E. Schmitt**                              Date **February  9, 2019**
Signature of attorney for debtor                      MM / DD / YYYY

**Ann E. Schmitt 22030**
Printed name

**Culbert & Schmitt, PLLC**
Firm name

**40834 Graydon Manor Lane**
**Leesburg, VA 20175**
Number, Street, City, State & ZIP Code

Contact phone **703-737-7797**       Email address **aschmitt@culbert-schmitt.com**

**22030 VA**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Fill in this information to identify the case:

Debtor name: **Dragon Hops Brewing, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Lauri Sisney** 17641 Raven Rocks Bluemont, VA 20135 | | loan | | | | $125,000.00 |
| **Alexa Warthen** 611 Made Dr Leesburg, VA 20175 | | loan | | | | $70,000.00 |
| **M&T Property Holdings** PO Box 1210 Purcellville, VA 20134-1210 | | lease arrearage | | | | $52,350.00 |
| **Mitch Pilchuk** | | loan | | | | $25,000.00 |
| **Atlantic Construction Co. LLC** 516 Jack Enders Blvd. Berryville, VA 22611 | | Construction work performed for premises. | | | | $15,502.00 |
| **Virginia Dept. of Taxation** PO Box 2156 Richmond, VA 23218 | | sales tax | | | | $12,141.00 |
| **Will Warthen** 633 Made Dr. Leesburg, VA 20175 | | loan | | | | $6,500.00 |
| **Town of Purcellville** 221 S Nursery Ave. Purcellville, VA 20132 | | food tax | | | | $4,000.00 |
| **Temptron** PO Box 960 Purcellville, VA 20134 | | | | | | $3,816.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Dragon Hops Brewing, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BB&T**<br>PO Box 580302<br>Charlotte, NC 28258-0302 | | revolving credit | | | | $3,000.00 |
| **Waste Management**<br>2625 West Grandview Rd.<br>Phoenix, AZ 85023 | | | | | | $2,267.00 |
| **Cintas**<br>PO Box 630803<br>Cincinnati, OH 45263 | | | | | | $2,000.00 |
| **Updegrove, Combs & McDaniel**<br>5 Loudoun Street, SW<br>Leesburg, VA 20175 | | accounting services | | | | $1,700.00 |
| **Jasper Yeast**<br>818 Cattail Lane<br>Leesburg, VA 20176 | | | | | | $1,400.00 |
| **Ricky Beamer** | | plumbing work | | | | $1,250.00 |
| **Comcast**<br>PO Box 21428<br>Saint Paul, MN 55121-0428 | | | | | | $643.43 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Alexa Warthen
611 Made Dr
Leesburg, VA 20175

Atlantic Construction Co. LLC
516 Jack Enders Blvd.
Berryville, VA 22611

Atlantic Protection Solutions
PO Box 31271
Alexandria, VA 22310

Auto Chlor
6301 Stevenson Ave. Suite 1
Alexandria, VA 22304

BB&T
PO Box 580302
Charlotte, NC 28258-0302

Cintas
PO Box 630803
Cincinnati, OH 45263

Comcast
PO Box 21428
Saint Paul, MN 55121-0428

Emily Coryell
c/o Dragon Hops Brewing, LLC
130 East Main St.
Purcellville, VA 20132

James Campbell
Campbell Flannery
1602 Village Market Blvd.
Leesburg, VA

Jasper Yeast
818 Cattail Lane
Leesburg, VA 20176

Joshua Hummer
2654 Valley Ave.
Suite B
Winchester, VA 22601

Lauri Sisney
17641 Raven Rocks
Bluemont, VA 20135

M&T Property Holdings
PO Box 1210
Purcellville, VA 20134-1210

Mitch Pilchuk

Ricky Beamer

Temptron
PO Box 960
Purcellville, VA 20134

Town of Purcellville
221 S Nursery Ave.
Purcellville, VA 20132

Updegrove, Combs & McDaniel
5 Loudoun Street, SW
Leesburg, VA 20175

Virginia Dept. of Taxation
PO Box 2156
Richmond, VA 23218

Waste Management
2625 West Grandview Rd.
Phoenix, AZ 85023

Will Warthen
633 Made Dr.
Leesburg, VA 20175

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Dragon Hops Brewing, LLC**                         Case No.
Debtor(s)                                                    Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dragon Hops Brewing, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 9, 2019**
Date

**/s/ Ann E. Schmitt**
**Ann E. Schmitt 22030**
Signature of Attorney or Litigant
Counsel for **Dragon Hops Brewing, LLC**
**Culbert & Schmitt, PLLC**
**40834 Graydon Manor Lane**
**Leesburg, VA 20175**
**703-737-7797 Fax:703-439-2859**
**aschmitt@culbert-schmitt.com**